This document contains some
pages that are of poor quality
at the time of imaging.

Dear:

Abel Acosta, Clerk

The Official Notice arrived
on a monday August 10, 2015

State's the Court has dismissed
without written order the
Application
For writ of habeas corpus

Stafford, Darrell Jerome
Tr. Ct. No. C-213-010476-1366 RECEIVED IN
WR-83,476-01 COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk

The classification in the facility
Request for Service
State the Official
notice are a complete failure
it will not release me from jail
and to start over, try again

The Application has been denied

If this facility are a Perjury
please help me file distruction of
justice
If not a Perjury
Explain the denied in a letter
or Order the facility to release me.

8-14-15